# EXHIBIT "A"

#663246 v1

**ORBIT ENERGY & POWER LLC**
**CASE #22-19628-ABA**
**Payments Made during 90 Day Period Prior to Filing**

**Vendor:** Soligent Distribution, LLC
1400 North McDowell Blvd, Suite 201
Petaluma, CA 94952

| Check Date | Clear Date | Check Number | Check Amount |
|---|---|---|---|
| 10/13/2022 | 10/12/2022 | ACH | 41,500.00 |
| 11/14/2022 | 11/14/2022 | ACH | 10,000.00 |
| 11/23/2022 | 11/25/2022 | ACH | 52,360.33 |
| **TOTAL** | | | **103,860.33** |

